UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HELAYNE SEIDMAN,

                Plaintiff,        Civil Action No.: 1:25-cv-00005

-against-

                                              AFFIRMATION OF SERVICE

TOP HAT NY HORSE & CARRIAGE LLC,

                Defendants.

---

State of New York)
             SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 13th day of January, 2025 at the office of the Secretary of State of New York in the City of Albany he served the annexed Summons in a Civil Action, Complaint, and Civil Cover Sheet on **TOP HAT NY HORSE & CARRIAGE LLC** by delivering and leaving with Sue Zouky, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 303 of the Limited Liability Company Law.

Deponent further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Sue Zouky is a white female, approximately 64 years of age, stands 5 feet 3 inches tall, weight approximately 130 pounds with grey hair.

I affirm this 13th day of Choose an item., 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_Jeffrey Teitel_

---